# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Securities and Exchange Commission

                                      Plaintiff,

v.                                                     Case No.: 3:16–cv–02764

James C. Cope

                                      Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/19/2017 re [17].

                                                            Keith Throckmorton, Clerk
                                                     s/ Dalaina Thompson, Deputy Clerk